```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOLD IP LLC,

                          Plaintiff,

           -v -

AUGURY INC.,

                       Defendant.
-------------------------------------------------------------X

1:21-cv-4788-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As discussed during the October 12, 2022 telephone conference, Defendant's motion to dismiss Plaintiff's second amended complaint is due by November 14, 2022; Plaintiff's opposition is due four weeks after the date of service of Defendant's motion; and Defendant's reply, if any, is due three weeks after the date of service of Plaintiff's opposition.

      SO ORDERED.

Dated:  October 12, 2022
New York, New York

                                                GREGORY H. WOODS
                                          United States District Judge